IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE WHOLESALE LLC | ) | Case Number: 06 C 5644 |
| Plaintiff(s), | ) | |
| vs. | ) | Honorable Judge Samuel Der-Yeghiayan |
| TRAILBOSS MEATS INC. | ) | |
| Defendant(s). | ) | |

## JUDGMENT ORDER

This matter coming to be heard on Default Prove-up, and the court being fully informed on the premises, the Court finds:

1. Jurisdiction is proper pursuant to 28 U.S.C. 1332.

2. Venue is proper in this Judicial District pursuant to 28 U.S.C. 1391(a).

3. Defendant, Trailboss Meats Inc., was duly served with summons and a copy of the complaint herein.

4. Defendant, Trailboss Meats Inc., has failed to answer, or otherwise plead to the summons and compliant herein, is therefore found to be in default.

5. Plaintiff is engaged in the business of sales of various meat goods. On six occasions, Defendant ordered goods from the Plaintiffs; Plaintiffs delivered goods to Defendants; and Defendants have failed to pay the sum stated on the invoice.

6. Plaintiff's invoices total $198,325.61.

7. Defendant has failed to pay any portion of $198,325.61 pursuant to the terms of the sales and is in breach of contract. Plaintiff has been damaged.

8. Plaintiff has incurred necessary and reasonable attorney's fees and costs of $3,134.95.

THEREFORE, IT IS HEREBY ORDERED that:

Judgment is entered in favor of LAWRENCE WHOLESALE LLC and against TRAILBOSS MEATS INC. in the amount of $201,460.56, which includes the total value of the unpaid invoices of $198,325.61 plus $3,134.95 in attorney's fees and costs.

Date:    Enter:

_____
**Hon. Samuel Der-Yeghiayan**
**District Court Judge**

**Prepared by:**
David P. Leibowitz
Attorney No. 1612271
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085
847.249.9100